The People of the State of New York, Respondent, v. Harry R. O'Dell, Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

The People of the State of New York ex rel. Concrete Delivery Company, Inc., et al., Respondents, against Anthony S. Strychalski et al., Constituting the Board of Assessors of the City of Dunkirk, et al., Appellants.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of June Crist, Respondent, against Anthony Occhuizzo, Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Carmela DiChristopher, as Administratrix of the Estate of Rossino DiChristopher, Deceased, Appellant, v. New York Central Railroad Company, Respondent.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

The People of the State of New York ex rel. James Martine, Appellant, against William Hunt, as Warden of Attica State Prison, Respondent.— Present — Crosby, P. J., Cunningnham, Taylor, Dowling and Harris, JJ.

Joseph Stier, Appellant, v. Jacob C. Lattif, Respondent.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.